UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

KERIN ORELLANA-SERRANO
a/k/a Kerin Orellana Serrano
a/k/a Kevin Serrano

CASE NO.   5:25-cr-42-TPB-PRL
8 U.S.C. § 1326(a)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Illegal Re-Entry by Deported Alien)

On or about February 14, 2025, in the Middle District of Florida, the

defendant,

**KERIN ORELLANA-SERRANO,**
**a/k/a Kerin Orellana Serrano,**
**a/k/a Kevin Serrano,**

being an alien of the United States, who previously had been convicted of a felony

offense, including:

**Being Found in the United States after Deportation Without Having Received**
**Consent to Re-apply for Admission, on or about January 25, 2024,**

and was thereafter deported, excluded, and removed from the United States on or

about February 8, 2024, and who had not received the consent of the Attorney

General or the Secretary of Homeland Security to reapply for admission to the

United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,



Foreperson

SARA C. SWEENEY
Acting United States Attorney

By: _____
Sarah Janette Swartzberg
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34

March 25

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

KERIN ORELLANA-SERRANO
a/k/a Kerin Orellana Serrano
a/k/a Kevin Serrano

INDICTMENT

Violations: 8 U.S.C. § 1326(a) and (b)(1)

A true bill,

███████████

Foreperson

Filed in open court this 4th day

of March 2025.

_M. Taylor_

Clerk

Bail $_____

GPO 863 525